UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH MOBLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. CIV-25-275-R |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Respondent. ) | |

# ORDER

Petitioner Kenneth Mobley, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Chris M. Stephens in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Judge Stephens issued a Report and Recommendation [Doc. No. 8] recommending dismissal of the case without prejudice.

Judge Stephens informed Petitioner of his right to object to the Report and Recommendation, and advised that if he failed to object by May 14, 2025, his right to appellate review of the factual and legal questions contained therein would be waived. *Id*. at pp. 5-6.

To date, neither an objection nor a request for extension of time to object to the Report and Recommendation has been filed. With no objection filed within the time prescribed, on *de novo* review, the Court ADOPTS the Report and Recommendation in its entirety. Accordingly, Plaintiff's Petition is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of May, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE